

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2019

No. 04-19-00505-CV

**IN RE GUARDIANSHIP OF HORTENCIA T. VARA, AN INCAPACITATED PERSON**

Original Mandamus Proceeding[1]

**ORDER**

On July 24, 2019, a petition for writ of mandamus was filed. This court concludes the petition does not show an entitlement to the relief sought; therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 7, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-19-00474-V, styled *In the Guardianship of Hortencia T. Vara, An Incapacitated Person*, pending in the County Court, Uvalde County, Texas, the Honorable William R. Mitchell presiding.